[No. 32873-2-III.   Division Three.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CECILY ZORADA McFARLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00413-6, John D. Knodell III, J., entered October 27, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.

[No. 32958-5-III.   Division Three.   March 8, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON CASEY PRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-03736-1, John O. Cooney, J., entered November 18, 2014. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, JJ.

[No. 46753-4-II.   Division Two.   March 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEONARD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 13-1-01192-9, Michael H. Evans, J., entered September 16, 2014. *Affirmed in part*, *reversed in part*, and *remanded with instructions* by unpublished opinion per Bjorgen, A.C.J., concurred in by Melnick and Sutton, JJ.